IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| CHEMICAL SOLVENTS, INC. | ) | 19-cv-02096 |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF LODGING
OF CONSENT DECREE**

The United States hereby lodges the accompanying proposed Consent Decree with this Court for the purpose of soliciting public comment on the proposed agreement. No action is requested of the Court at this time.

The United States filed a complaint in this action alleging that Defendant Chemical Solvents, Inc. has violated the Clean Air Act, Clean Water Act, and the Resource Conservation and Recovery Act, their implementing regulations, and Chemical Solvents' associated permits. The violations generally relate to the emission of hazardous pollutants to the air and water from Chemical Solvents' facility in Cleveland.

Under the proposed Consent Decree, Chemical Solvents would be required to route its air emissions to pollution control devices and meet specified limits, enhance its practices for detecting pollution leaks, cease discharging wastewater to the public sewers, and hire an outside expert to identify any necessary improvements to its tank emissions and wastewater handling, among other relief. The decree also requires Chemical Solvents to pay a civil penalty of $400,000.

Pursuant to 28 C.F.R. § 50.7, the United States will publish a notice of lodging of the proposed Consent Decree in the Federal Register. The public will have 30 days from publication

1

in the Federal Register to submit comments to the Department of Justice concerning the proposed agreement.

The Court should not sign the proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed any comments and advised the Court whether it continues to seek approval of the Consent Decree. The United States may withhold consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed settlement is improper, inappropriate, inadequate, or not in the public interest. At the conclusion of the public comment period, Plaintiffs will: (i) file with the Court any written comments received pertaining to the proposed Consent Decree; and (ii) either notify the Court of its withdrawal of the proposed Consent Decree, or respond to comments received and request this Court to approve and enter the proposed Consent Decree.

Respectfully submitted,

BRUCE GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

 s/Thomas A. Benson
THOMAS A. BENSON
ANNA E. CROSS

OF COUNSEL

JOSH ZAHAROFF
Associate Regional Counsel
United States EPA, Region 5
Chicago, IL  60604

Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC  20044-7611

JUSTIN E. HERDMAN

United States Attorney
Northern District of Ohio

STEVEN J. PAFFILAS
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue; Suite 400
Cleveland, OH  44113